BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

MAR 08 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1: 1:10 CR 00101 SMS |
| Plaintiff, | |
| v. | ORDER AND ASR TO TRANSPORT CARLOS BERTOLO, DEFENDANT, REG. NO. 34319-048 |
| CARLOS BERTOLO, | Date: March 17, 2010<br>Time: 10:30 a.m.<br>Courtroom: Seven |
| Defendant. | Hon. Sandra M. Snyder |

Carlos Bertolo, inmate, Reg. Number 34319-048, a necessary and material witness on his own behalf in proceedings in this case on March 17, 2010, is confined at CI TAFT, Correctional Institution, 1500 Cadet Road, Taft, CA 93268, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that an ASR pursuant to 18 U.S.C. § 3621(d), issue commanding the custodian to produce the inmate in Courtroom #7, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on March 17, 2010, at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. An ASR issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court, and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this ASR.

To: The Warden or Sheriff of CI TAFT, CORRECTIONAL INSTITUTION:

WE COMMAND you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been order to provide the custodian with a copy of this ASR.

IT IS SO ORDERED.

Dated: March 8, 2010

_____
SANDRA M. SNYDER
United States Magistrate Judge