FILED
MAR 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS Pursuant to 18 U.S.C. § 4100, et seq., | 1:10-cr-00101-SMS |
| UNITED STATES OF AMERICA, | **ORDER** |
| Plaintiff, | |
| vs. | |
| CARLOS BERTOLO, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(g), the Honorable Sandra M. Snyder, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about March 17, 2010, in Fresno, California, relating to the proposed transfer of offender from the United States of America to Portugal, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

Entered this ___15th___ day of March, 2010, at Fresno, CA.

_____
Anthony W. Ishii,
Chief United States District Judge