1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4
   Telephone: (559) 487-5561

**FILED**

MAR 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

1:10CR 101 SMS

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **APPLICATION AND ORDER** |
| v. | ) **APPOINTING COUNSEL** |
| CARLOS BERTOLO, | ) |
| Defendant. | ) |

The defendant, Carlos Bertolo, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

The defendant has requested to be transferred to Portugal from the Taft Correctional Institution to complete the remainder of his sentence. His request has been approved by the United States of California and Portugal to complete the remainder of his sentence in Portugal. A Consent Verification Hearing is scheduled on Wednesday, March 17, 2010 at 10:30 a.m. before U.S. Magistrate Judge Sandra M. Snyder. This case was brought to our attention by April Armstead, U.S. Department of Justice, International Prisoner Transfer/Treaty Transfer Program.

Dated: February 26, 2010

FRANCINE ZEPEDA
Assistant Federal Defender

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: February 3/1, 2010

DENNIS L. BECK
United States Magistrate Judge

2